the clear and convincing evidence standard. *Addington v. Texas,* 441 U.S. 418, 432–33, 99 S.Ct. 1804, 60 L.Ed.2d 323 (1979); *In re Van Orden,* 271 S.W.3d 579, 586 (Mo.2008). Thus, a written opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

AFFIRMED.

tered in favor of the defendants, Chris Saracino and Chris' Pancakes, Inc. d/b/a Chris' Pancakes & Dining. A written opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm the trial court's judgment. Rule 84.16(b)(5).

■

**CADLEROCK JOINT VENTURE, L.P.,**
An Ohio Limited Partnership,
Appellant,

v.

Chris SARACINO and Chris' Pancakes, Inc. d/b/a Chris' Pancakes & Dining, Respondents.

No. ED 91607.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 17, 2009.

Hilary H. Sommer, Shawn T. Briner, St. Louis, MO, for appellant.

James J. Sauter, St. Louis, MO, for respondents.

Before ROY L. RICHTER, P.J., LAWRENCE E. MOONEY, J., GEORGE W. DRAPER III, J.

### ORDER

Cadlerock Joint Venture, L.P., appeals from the judgment of the trial court en-

■

**Patricia F. Moore MIDDAUGH,**
Petitioner/Appellant,

v.

Alan A. MOORE,
Respondent/Respondent.

No. ED 91574.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 17, 2009.

Amy Davis Salladay, Columbia, MO, for Appellant.

Robert V. Krueger, Jr., Mexico, MO, for Respondent.

Before NANNETTE A. BAKER, C.J., and KATHIANNE KNAUP CRANE, J., and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Patricia F. Moore Middaugh appeals from the trial court's Findings of Fact,